Perry Clegg (USB 7831)
	pclegg@kunzlerlaw.com
**KUNZLER BEAN & ADAMSON, PC**
50 W. Broadway, Suite 1000
Salt Lake City, UT 84101
Tel.: (801) 994-4646
Fax: (801) 531-1929

*Attorneys for Plaintiff,*
Modern Font Applications LLC

Ben E. Brown
Utah Bar No. 9332
Tim K. Brown
Utah Bar No. 13016
**MOODY BROWN LAW**
2525 North Canyon Road
Provo, Utah 84604
Telephone: (801) 356-8300
Facsimile: (801) 356-8400
bbrown@moodybrown.com
tbrown@moodybrown.com

(Additional counsel listed below)

*Attorneys for Defendant,*
Allegiant Travel Company

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| MODERN FONT APPLICATIONS LLC, a Utah limited liability company,<br><br>         Plaintiff,<br><br>    v.<br><br>ALLEGIANT TRAVEL COMPANY, a Nevada corporation,<br><br>         Defendant(s). | Case No. 2:18-cv-00649-TS-DBP<br><br>**JOINT MOTION TO FURTHER STAY FOR SETTLEMENT DISCUSSIONS**<br><br>Judge Ted Stewart<br>Magistrate Judge Dustin B. Pead<br><br><u>Jury Trial Demanded</u> |

### **JOINT MOTION**

Plaintiff and Defendant hereby jointly move for an Order further staying all deadlines and proceedings in this case for an additional seven (7) days from the date of entrance of the Order, to permit the parties to continue to conduct settlement discussions without the need or obligation to attend to other matters related to litigation of this case. The parties believe they are close to

reaching settlement. This motion will not affect any dates set by the Court.

The parties request that proceedings automatically resume at the end of the seven (7) day period unless the parties have filed dismissal papers or a request for a further stay to continue settlement discussions.

A proposed order is being filed herewith.

Dated: May 31, 2019                              Respectfully submitted,

                                                 By:    */s/ Perry S. Clegg*

                                                 Perry S. Clegg (USB 7831)
                                                         pclegg@kunzlerlaw.com
                                                 **KUNZLER BEAN & ADAMSON, PC**
                                                 50 W. Broadway, Suite 1000
                                                 Salt Lake City, UT 84101
                                                 Tel.: (801) 994-4646
                                                 Fax: (801) 531-1929

                                                 *Attorneys for Plaintiff,*
                                                 Modern Font Applications LLC

Dated: May 31, 2019                              Respectfully submitted,

                                                 By:    */s/ Matthew Berntsen*

                                                 Ben E. Brown
                                                 Utah Bar No. 9332
                                                 Tim K. Brown
                                                 Utah Bar No. 13016
                                                 MOODY BROWN LAW
                                                 2525 North Canyon Road
                                                 Provo, Utah 84604
                                                 Telephone: (801) 356-8300
                                                 Facsimile: (801) 356-8400
                                                 bbrown@moodybrown.com

tbrown@moodybrown.com

Neil J. McNabnay
Texas Bar No. 24002583
Ricardo J. Bonilla
Texas Bar No. 24082704
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091
mcnabnay@fr.com
rbonilla@fr.com

Mathew C. Berntsen
Mass. Bar No. 678533
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA 02210
Telephone: (617) 542-5070
Facsimile: (617) 542-8906
berntsen@fr.com

Caitlin M. Dean
Texas Bar No. 24109797
FISH & RICHARDSON P.C.
1221 McKinney St., Suite 2800
Houston, Texas 77010
Telephone: (713) 654-5300
Facsimile: (713) 652-0109
cdean@fr.com

*Attorneys for Defendant,*
Allegiant Travel Company

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 31, 2019, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court for the District of Utah, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                                               */s/ Perry S. Clegg*
                                                                Perry S. Clegg