IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MODERN FONT APPLICATIONS LLC,<br><br>Plaintiff,<br><br>v.<br><br>ALLEGIANT TRAVEL COMPANY,<br><br>Defendant(s). | Case No. 2:18-cv-00649-TS-DBP<br><br>**[PROPOSED]**<br>**ORDER RE: JOINT MOTION TO FURTHER**<br>**STAY FOR SETTLEMENT DISCUSSIONS**<br><br>Judge Ted Stewart<br>Magistrate Judge Dustin B. Pead |

## ORDER

THE COURT, having considered the parties' Joint Motion to Further Stay for Settlement Discussions (Dkt. No. __) and related briefing having been filed, and finding good cause, therefore:

IT IS HEREBY ORDERED that Plaintiff's Motion is granted in its entirety. Accordingly,

(a) All proceedings and deadlines in this case are stayed for an additional seven (7) days commencing from the date of this Order to allow the parties to conduct settlement discussions;

(b) At the end of seven (7) days, proceedings and deadlines in the case shall resume unless the parties have filed an additional request for stay or dismissal papers prior to the expiration of the stay.

IT IS SO ORDERED

DATED this ____ day of May, 2019.

BY THE COURT:

_____
Dustin B. Pead
United States Magistrate Judge